

**BC**

**FILED**

**10/19/2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**

10/19/2025

| | | |
|---|---|---|
| E.L.O. Corporation | ) | |
| Plaintiff | ) | **Case Number:** 2025-cv-11452 |
| v. | ) | |
| DALIL MEDOUKI (eBay accounts: handcraft-0, aziza-54, samihf0, mohrahm_47, khaelo-15, rhassane_0, masnoulha_0, aitosra0, abdellaha-61) | ) ) ) ) ) | **Judge:** Honorable Matthew F. Kennelly |
| | ) | **Magistrate Judge:** Honorable Albert Berry |
| Defendant | ) | |

## MOTION TO PARTICIPATE AS PRO SE SOLE PROPRIETOR, MOTION TO PARTICIPATE IN FUTURE HEARINGS VIA PHONE AND MOTION TO DISMISS TRO

COMES NOW the Defendant, **DALIL MEDOUKI**, appearing **pro se**, and respectfully submits this Motion to the Honorable Court:

### Introduction

1. Defendant denies all allegations in the Complaint not specifically admitted herein.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding other defendants and therefore denies the same.

3. Defendant admits to operating the eBay Accounts **handcraft-0, aziza-54, samihf0, mohrahm_47, khaelo-15, rhassane_0, masnoulha_0, aitosra0, abdellaha-61**, Defendant does not know or has any contact to other defendants in this case.

4. Defendant denies engaging in any unlawful conduct or infringement of Plaintiff's intellectual property rights.

5. To this date - 10/19/2025 plaintiff has not sent any proofs, screenshots or any lawsuit document from defendant accounts regarding any infringement, although asked via Email multiple times since the day TRO was issued on defendants accounts. Since email was sent from eBay about the payment block on 10/15/2025. The only available information found was through a Public docket and plaintiff lawyer email based on the case number and information eBay sent when blocking Defendants payments in the TRO .

### I. MOTION TO PARTICIPATE PRO SE AS A SOLE PROPRIETORSHIP

1. Defendant, **DALIL MEDOUKI**, is the sole proprietor and operator of 9 eBay Accounts: **handcraft-0, aziza-54, samihf0, mohrahm_47, khaelo-15, rhassane_0, masnoulha_0, aitosra0, abdellaha-61**. These are not Limited Liability Companies (LLCs), corporations, or legal entities separate from himself. Defendant operates these stores as a **sole proprietorship** under his personal legal capacity.

2. Defendant, **DALIL MEDOUKI**, respectfully moves this Honorable Court for leave to proceed **pro se** in the above-captioned matter pursuant to **28 U.S.C. § 1654 And Ill. Admin. Code tit. 71, § 100.150** , which guarantees the right of individuals to represent themselves in legal proceedings. In support of this motion, Defendant states as follows:

3. **Right to Self-Representation**: Under **28 U.S.C. § 1654**, individuals have the right to appear and conduct their own cases without legal counsel. Defendant asserts this right and seeks to proceed without representation.

   pursuant to **Ill. Admin. Code tit. 71, § 100.150**, which states: "Natural persons (including a natural person doing business as a sole proprietorship) may represent themselves or be represented by an attorney."

## II. MOTION TO PARTICIPATE IN FUTURE HEARINGS VIA PHONE

4. Defendant is a resident and citizen of **Morroco**, currently residing approximately 4,000 miles away from the State of Illinois, United States.

5. Due to this significant geographic distance, lack of U.S. residency, and associated burdens and costs, Defendant respectfully requests **leave to participate in any and all future court hearings via phone, Including any preliminary injunction hearings.**

### III. Motion to dismiss TRO from Defendant accounts

6. Defendant respectfully **deny all allegations** made against him in the complaint and specifically **oppose the Plaintiff's request for a preliminary injunction**

7. Defendant asserts his lawful rights under the **First Sale Doctrine**, codified under **17 U.S.C. § 109(a)**, which states:

   "Notwithstanding the provisions of section 106(3), the owner of a particular copy... lawfully made under this title... is entitled, without the authority of the copyright owner, to sell or otherwise dispose of the possession of that copy..."

8. Defendant has not manufactured, created, or altered any of the products at issue. Defendant is engaged in lawful **resale** of goods that Defendant **legally purchased** from Amazon. Defendant has in his possession **invoices** that include:

   ○ Dates of purchase of items,

   ○ Item order ID and Seller Name from Amazon,

   ○ Proof of payment in Amazon for any item purchased on eBay.

9. Defendant is **not engaged in any infringement or counterfeit activity**. The items sold are authentic and legally obtained from Amazon and Resold in the dropshipping model, where defendant lists items found on Amazon with their title, description and photos found in Amazon listing at the time of the listing of the item, and buys the item from Amazon directly when it's bought by a buyer on eBay. The defendant has all the proof that all items were purchased from Amazon.

10.    Furthermore, each of defendant 9 eBay accounts contain **around 10000 other product listings - 90000 in total**, which have **no connection whatsoever** to the item(s) mentioned in this lawsuit.

11.    As a direct consequence of the Plaintiff's preliminary injunction, **payment holds have been placed on all defendant accounts**, freezing the revenue generated from the **entire account**, including tens of thousands of unrelated listings on each store.

12.    This action has **forced Defendant to cease operations** and is causing defendant **severe and irreparable financial harm**. Specifically, Defendant is incurring estimated losses of **$300 to $500 per day per account**, totaling **$2,000 to $4,000 daily**, due to defendant inability to access funds from completed sales that are not subject to any claim in this lawsuit since the start of the TRO On 10/15/2025.

13.    The scope of the injunction is **overbroad** and affects far more than what is necessary to preserve any rights claimed by the Plaintiff. It effectively functions as a **business shutdown order** based on a single disputed item, without due consideration of the damage inflicted on defendant lawful and unrelated commerce.

14.    Defendant respectfully urges the Court to consider these facts in its equitable analysis and to **deny the Plaintiff's Motion for Preliminary Injunction and TRO** for Defendant accounts in the interest of justice and fairness.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant respectfully requests that the Court grant the following relief:

1. That defendant be permitted to proceed **pro se**, representing himself in this matter;

2. That Defendant be allowed to **participate in all hearings and proceedings remotely**, including by phone or other electronic means as the Court deems appropriate; and

3. That the court **dissolve or otherwise remove the Temporary Restraining Order ("TRO")** currently affecting Defendant's accounts, as such restraint is unjustified and unduly burdensome under the circumstances;

and for such other and further relief as the Court deems just and proper.

**Additional Information**

**Failure to Mitigate Damages**

Plaintiff failed to take reasonable steps to mitigate damages, including:

- Contacting Defendant to remove the item as soon as discovered before filing suit
- Using eBay's internal dispute resolution
- Requesting eBay to remove listings as soon as discovered before seeking a TRO or filing lawsuit

Plaintiff has failed to provide **a full screenshot containing the item number and proof of when the screenshot was taken to this date 10/19/2025 for all of the accounts, 4 days after TRO was issued and funds frozen.**
This lack of evidence raises concerns regarding the validity of Plaintiff's claims.

**Respectfully submitted,**
**DALIL MEDOUKI**
**eBay Accounts: handcraft-0, aziza-54, samihf0, mohrahm_47, khaelo-15, rhassane_0, masnoulha_0, aitosra0, abdellaha-61**
**AVENUE IB DAOUD SERGHINI BLOC D NR 195, YOUSSOUFIA, Morocco, 46300**
**0656414904**
**sol686734@gmail.com**

10/19/2025