UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

E.L.O. Corporation, et al.

Plaintiff,

v.

Case No.: 1:25−cv−11452
Honorable Matthew F. Kennelly

The Partnerships Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 11/18/2025. The plaintiff's motion for preliminary injunction [35] is denied as to the defendants represented by Mr. Medouki. The plaintiff is directed to immediately contact eBay and Payoneer to advise them that the freeze on the accounts of those defendants is to be removed. The case is set for a telephonic status hearing on 1/13/2026 at 8:55 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. A joint status report is to be filed by 1/6/2026. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.