UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E.L.O. CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>The Partnerships Identified on Schedule A,<br><br>  Defendants. | Case No.: 1:25-cv-11452<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Albert Berry III |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendants conoshine, kokoyesgo, newgaga, usbkits1, willioau, and worldproduct365 (identified on line 16, 40, 73, 103, 107, and 108 of the Schedule A of the Complaint).

Dated: December 29, 2025

Respectfully submitted,

*/s/ John J. Mariane*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**Sullivan & Carter, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
929-724-7529
j.mariane@scip.law

***ATTORNEYS FOR PLAINTIFF***